**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **RMB PROPERTIES, LLC – SERIES I,** | ) | **Case No.:** 1:23-cv-10489 |
| | ) | |
| **PLAINTIFF,** | ) | **JUDGE MYONG J. JOUN** |
| **v.** | ) | |
| | ) | **RMB PROPERTIES, LLC – SERIES I'S** |
| **171 ATLANTIC ROAD LLC,** | ) | **SUPPLEMENTAL MOTION FOR** |
| | ) | **SANCTIONS** |
| **DEFENDANT.** | ) | |

Pursuant to Federal Rule of Civil Procedure 37(b)(2)(A) and (e)(2), Plaintiff RMB Properties, LLC – Series I ("RMB") respectfully files this supplemental motion to sanction Defendant 171 Atlantic Road LLC ("171 Atlantic") for its failure to comply with the Court's October 26, 2023 Order and for its failure to preserve and/or produce responsive electronically stored information. RMB has reviewed the documents produced by Susan Snook in response to RMB's subpoena and has concluded that 171 Atlantic failed to produce a significant volume of its Project-related documents and communications.

As sanctions, RMB respectfully requests that the Court prohibit 171 Atlantic from introducing into evidence at any deposition, hearing, or trial any documents or communications which are responsive to RMB's First Set of Discovery Requests and which 171 Atlantic failed to produce as of March 6, 2024 – the date the Court issued its Order on RMB's Renewed Motion for Sanctions. Furthermore, RMB requests that an adverse inference instruction be given to the jury at trial which requires the jury to presume that (1) 171 Atlantic spoliated evidence, including relevant emails discussing the Property and the Project; and (2) the communications and documents 171 Atlantic spoliated were unfavorable to it. Finally, RMB requests any other sanctions be imposed upon 171 Atlantic which the Court finds to be just and proper.

A Memorandum in Support will be filed concurrently herewith and is incorporated herein.

A Proposed Order granting RMB Properties, LLC – Series I's Supplemental Motion for Sanctions

(the "Motion") is attached hereto as **Exhibit 1**.

Dated: April 15, 2024

_/s/ Royce R. Remington_
Royce R. Remington (*PHV 4/18/2023*)
Charles W. Pugh (*PHV 4/18/2023*)
Andrew Y. Schiefer (*PHV 10/6/2023*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Phone:    (216) 621-0150
Fax:       (216) 241-2824
Email:    rrr@hahnlaw.com
              cpugh@hahnlaw.com

-and-

Patrick Dinardo (125250)
pdinardo@sullivanlaw.com
Ryan Rosenblatt (698490)
rrosenblatt@sullivanlaw.com
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
Tel: 617.338.2800
Fax: 617.338.2880

*Counsel for Plaintiff RMB Properties, LLC – Series I*

15482026

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants via first class mail on this 15th day of April 2024.

*/s/ Royce R. Remington*
Royce R. Remington, Esq.

*Counsel for Plaintiff RMB Properties, LLC – Series I*

3